**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL BUTLER                                                                                          PLAINTIFF
ADC #500230

V.                                            NO: 5:11CV00012 JLH/HDY

LARRY MAY *et al.*                                                                                    DEFENDANTS

### **ORDER**

Plaintiff filed a complaint (docket entry #1) on January 18, 2011, and an amended complaint (docket entry #7) on January 26, 2011. Liberally construing Plaintiff's amended complaint, the Court concludes that Plaintiff has stated a claim for relief against Defendants Larry May, Giddens, Gordon, Jasper,[1] Butler, Curtis Mienzer, and Banks, and will order service on them.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to change the name of Defendant Hewing to Defendant Jasper.

2.      Service is appropriate on Defendants Larry May, Giddens, Gordon, Jasper, Butler, Curtis Mienzer, and Banks. The Clerk of the Court is directed to prepare a summons for said Defendants, and the United States Marshal is directed to serve a copy of the amended complaint (docket entry #7), this order, and summons, upon them, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this   14   day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] According to Plaintiff's amended complaint, the individual he originally named as Hewing is now named Jasper.