# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MICHAEL BUTLER                                                                                          PLAINTIFF
ADC #500230

v.                                              NO. 5:11CV00012 JLH/HDY

LARRY MAY, *et al.*                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff is allowed to proceed on his excessive force and conditions of confinement claims against Defendants Larry May, Giddens, Gordon, Jasper, Butler, Curtis Mienzer, and Banks.

2. All of Plaintiff's other claims against all other Defendants are DISMISSED WITHOUT PREJUDICE as more appropriate for a different lawsuit, and the names of all other individuals are removed as party Defendants.

DATED this 9th day of March, 2011.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE