IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL BUTLER                                                                                          PLAINTIFF
ADC #500230

v.                                      NO. 5:11CV00012 JLH/HDY

LARRY MAY, *et al.*                                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for a temporary restraining order or preliminary injunction is DENIED. Document #12.

DATED this 7th day of June, 2011.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE