**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL BUTLER                                                                                     PLAINTIFF
ADC #500230

v.                                                NO. 5:11CV00012 JLH/HDY

LARRY MAY, *et al.*                                                           DEFENDANTS

**ORDER**

Michael Butler has filed a motion for reconsideration of the Order denying his motion for temporary restraining order. Although Butler filed a motion for temporary restraining order, he subsequently requested permission to withdraw his motion for temporary restraining order, and the subsequent motion was granted. The Court declines to reconsider because the temporary restraining order was withdrawn at Butler's request. The motion for reconsideration is DENIED. Document #53.

Butler has also filed a motion requesting an extension of fourteen days to file his objections to the recommendation that his motion for partial summary judgment be denied. That motion is GRANTED. Document #65. The time within which Butler must file his objections is extended up to and including October 28, 2011.

IT IS SO ORDERED this 13th day of October, 2011.

                                                                        _____
                                                                        J. LEON HOLMES
                                                                        UNITED STATES DISTRICT JUDGE