IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL BUTLER                                                                                    PLAINTIFF
ADC #500230

v.                                            NO. 5:11CV00012 JLH/HDY

LARRY MAY, *et al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion for partial summary judgment is DENIED. Document #49.

DATED this 7th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE