**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL BUTLER                                                                                      PLAINTIFF

V.                                      NO: 5:11CV00012 KGB/HDY

LARRY MAY *et al.*                                                                                 DEFENDANTS

**<u>ORDER</u>**

Plaintiff Michael Butler, a former inmate at the Arkansas Department of Correction, filed this *pro se* complaint, pursuant to 42 U.S.C. § 1983, on January 18, 2011, and was granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). On July 16, 2012, Plaintiff filed a change of address notice which indicates that he has now been released from custody (docket entry #89).

When a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit. If Plaintiff wishes to proceed with this lawsuit, he is directed pay the $345.83 outstanding balance of his $350.00 filing fee, or to resubmit an IFP application which reflects his free-world financial status, no later than 30 days after the entry date of this order. Plaintiff's failure to do so will result in the recommended dismissal of this lawsuit.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to forward an IFP application to Plaintiff.

2.      Plaintiff is directed to submit the $345.83 outstanding balance of his $350.00 statutory filing fee, or to complete and sign the IFP application, and file it, no later than 30 days after the entry date of this order. Plaintiff's failure to do so will result in the recommended dismissal of

his complaint.

DATED this __17__ day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE