**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL BUTLER                                                                        PLAINTIFF

V.                            NO: 5:11CV00012 KGB/HDY

LARRY MAY *et al.*                                                   DEFENDANTS

**ORDER**

On July 17, 2012, Plaintiff was ordered to pay the $345.83 outstanding balance of his filing fee, or to file a new application for leave to proceed *in forma pauperis* ("IFP"), and was warned that his failure to do so within 30 days would result in the recommended dismissal of his complaint. On July 23, 2012, Plaintiff filed a response asserting that he received no IFP application form with the order. Although Court records indicate that an IFP application was sent, Plaintiff will be granted additional time to pay the balance of the filing fee, or to file a new IFP application.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to forward an IFP application to Plaintiff.

2. Plaintiff is directed to submit the outstanding balance of his filing fee, or to complete and sign the IFP application, and file it, no later than 30 days after the entry date of this order. Plaintiff's failure to do so will result in the recommended dismissal of his complaint.[1]

DATED this __25__ day of July, 2012.

                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Because Plaintiff may also obtain an IFP application from the Court's website at www.are.uscourts.gov, no further extensions will be granted.