**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

MICHAEL BUTLER                                                                    PLAINTIFF

V.                                        NO: 5:11CV00012 KGB/HDY

LARRY MAY *et al.*                                                               DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker.  Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District Judge  (if such a  hearing is granted)  was not  offered at  the hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the

1

> hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff Michael Butler, formerly incarcerated at the Arkansas Department of Correction ("ADC"), filed a *pro se* complaint on January 18, 2011, and is proceeding on claims that he was subjected to excessive force and unconstitutional conditions of confinement relating to a February 15, 2010, incident. The Court held an evidentiary hearing on September 13, 2012.

The hearing was scheduled to begin at 9:30 a.m., but Plaintiff was not present at that time. Defendants were present with counsel, exhibits, and Plaintiff's institutional files. The ADC provided transportation for an inmate witness identified by Plaintiff. Out of an abundance of caution, the Court did not begin the hearing until 10:05 a.m. Plaintiff was still not present, and made no contact with the Court the morning of the hearing to explain his absence. At the hearing, Defendants orally moved for dismissal. Because Plaintiff failed to attend the hearing, Defendants' motion should be granted, and Plaintiff's complaint should be dismissed due to his failure to prosecute. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed

for abuse of discretion).  Although the dismissal should be without prejudice, Plaintiff should not be allowed to reopen the case until he reimburses Defendants and the ADC for the expenses they incurred in attending the hearing and transporting witnesses.

IT  IS THEREFORE RECOMMENDED THAT:

1.       Defendants' oral motion to dismiss be GRANTED, and Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE.

2.       This case not be reopened until Plaintiff has reimbursed Defendants and the Arkansas Department of Correction for any expenses they incurred as a result of their hearing attendance, and transportation of witnesses.

3.       The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this ___18___ day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE