IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL BUTLER**                                                                                          **PLAINTIFF**

**V.**                                               **NO: 5:11CV00012 KGB**

**LARRY MAY** *et al.*                                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of February, 2013.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge